# EXHIBIT 1
# FILED UNDER SEAL

# EXHIBIT 1
# FILED UNDER SEAL