# EXHIBIT 8

UNITED STATES
COURT OF FEDERAL CLAIMS

---

BIERY, ET AL.,  )
                )
    Plaintiffs,  )
                )
v.              )  Docket No.: 07-693L
                )
UNITED STATES,  )
                )
    Defendant.   )
                )
and             )
                )
PANKRATZ ET AL., )
                )
    Plaintiffs,  )
                )
v.              )  Docket No.: 07-675L
                )
UNITED STATES,  )
                )
    Defendant.   )

Pages:    1 through 58

Place:    Washington, D.C.

Date:    November 2, 2012

---

**HERITAGE REPORTING CORPORATION**
*Official Reporters*
1220 L Street, N.W., Suite 600
Washington, D.C. 20005-4018
(202) 628-4888
contracts@hrccourtreporters.com

                                                                        1

           IN   THE   UNITED   STATES   COURT   OF   FEDERAL   CLAIMS

BIERY, ET AL.,              )
                            )
          Plaintiffs,       )
                            )
v.                          )  Docket No.:  07-693L
                            )
UNITED STATES,              )
                            )
          Defendant.        )
                            )
and                         )
                            )
PANKRATZ ET AL.,            )
                            )
          Plaintiffs,       )
                            )
v.                          )  Docket No.:  07-675L
                            )
UNITED STATES,              )
                            )
          Defendant.        )

                            Suite 613
                            National Courts Building
                            717 Madison Place, N.W.
                            Washington, D.C.

                            Friday,
                            November 2, 2012

     The parties met, pursuant to notice of the

Court, at 11:04 a.m.

          BEFORE:  HONORABLE NANCY B. FIRESTONE
                   Judge












                   Heritage Reporting Corporation
                         (202) 628-4888

2

APPEARANCES:  (Via telephone)

<u>For the Plaintiff</u>:

MARK FERNLUND HEARNE, Esquire
MEGHAN LARGENT, Esquire
Arent Fox, LLP
112 South Hanley Drive, Suite 200
Clayton, Missouri  63105
(314) 721-0219

<u>For the Defendant</u>:

KRISTINE S. TARDIFF, Esquire
U.S. Department of Justice
Environment & Natural Resources Division
52 Pleasant Street, 4th Floor
Concord, New Hampshire  03301
(603) 230-2583

<u>Also or the Defendant</u>:

CHARLOTTE YOUNGBLOOD, Esquire
AYAKO SATO, Esquire
U.S. Department of Justice
Environment & Natural Resources Division
601 D Street, N.W., Room 3133
Washington, D.C.  20004
(202) 305-0466/305-0506

14

24          THE COURT:  Well, but if it's a forum rate,
25     and what Mr. Hearne is saying, this is our forum rate.

                                                                    15

1     And his expert says if you look at Washington, D.C.
2     firms and $700 an hour for a partner in a law firm is
3     sort of the going rate or it's certainly well within
4     the bell curve of that going rate, as the Judge what
5     do you want me to do with that?  To say that's not the
6     right number to see whether or not Davis should apply?
7              MS. TARDIFF:  Well, for the purposes of
8     deciding whether Davis is going to apply, I think the
9     Court can probably just accept for that purpose only
10    the forum rates as Plaintiffs are arguing them to be.
11             THE COURT:  Okay.